UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

GREGORY DOWNS,

        Plaintiff.

No. C 13-3417 SI (pr)

**ORDER OF DISMISSAL**

Plaintiff sent to the court a letter complaining about conditions of confinement at High Desert State Prison in Susanville, California, where he is incarcerated. In an effort to protect his rights, a new action was opened and the letter was filed on July 23, 2013. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff requested and received an extension of time until October 25, 2013 to file the complaint and pay the fee or file an application to proceed *in forma pauperis*. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee by the extended deadline. Accordingly, this action is dismissed without prejudice. No fee is due.

Plaintiff objected to the court's order to pay the filing fee or file an *in forma pauperis* application because he thought the defendants should "have to pay for everything," Docket # 9 at 1. Plaintiff is wrong on the law: the party "instituting any civil action" must pay the filing fee, 28 U.S.C. § 1914(a), and neither any potential defendant nor the receiver instituted this action. Plaintiff also requested appointment of counsel, an oral hearing, sanctions against his current

1 prison, and housing at the San Francisco County Jail. Plaintiff's requests are DENIED because,
2 without a complaint on file, the court cannot determine whether he is entitled to any of the
3 requested relief. (Docket # 9.)
4     The dismissal of this action without prejudice means that plaintiff may file a new action
5 to challenge the conditions of confinement at High Desert State Prison. The U.S. District Court
6 for the Eastern District of California is the proper venue for such an action because the prison
7 is located in that district.
8     The clerk shall close the file.
9     IT IS SO ORDERED.
10 Dated: November 6, 2013

                                                                  _____
                                                                  SUSAN ILLSTON
                                                              United States District Judge