UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 13-3417 SI (pr) |
| GREGORY DOWNS, | **JUDGMENT** |
|     Plaintiff. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 6, 2013

_____
SUSAN ILLSTON
United States District Judge