UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re.<br>GREGORY DOWNS,<br>　　　　Plaintiff. | No. C 13-3417 SI (pr)<br>**ORDER DENYING POST-JUDGMENT MOTION** |

This action was opened on July 23, 2013, when the court received a letter from plaintiff complaining about prison conditions at the High Desert State Prison. On that date, plaintiff was notified that he needed to file a complaint and an *in forma pauperis* application within 28 days or the action would be dismissed. This action was dismissed more than three months later, on November 6, 2013, because plaintiff never filed a complaint. The Ninth Circuit later dismissed plaintiff's appeal because he failed to perfect the appeal. Plaintiff now moves for relief from the judgment under Rule 60(b) and for appointment of counsel to represent him. (Docket # 20.) The motion for relief from the judgment is DENIED because plaintiff has not shown any reason to set aside the judgment. There is no reason to reopen an action in which the plaintiff never filed a complaint or other pleading showing this court has subject matter jurisdiction. The motion for appointment of counsel is DENIED because the court will not appoint an attorney in a closed case – especially one that apparently would have to be transferred to another district if a complaint ever had been filed. Plaintiff remains free to file a new action, and should file any civil rights complaint about the conditions of confinement at High Desert State Prison in the Eastern District of California.

　　IT IS SO ORDERED.

Dated: June 6, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge